# ELECTRONIC RECORD

COA # 02-12-00364-CR            OFFENSE: OTHER CRIMINAL

STYLE: Charles Blackshire a/k/a Charlie Blackshire v. The State of Texas            COUNTY: Tarrant

COA DISPOSITION: MODIFY            TRIAL COURT: 396th District Court

DATE: 05/28/2015            Publish: NO    TC CASE #: 1270086D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Blackshire a/k/a Charlie Blackshire v. The State of Texas            CCA #: 694-15

_APPELLANT'S_ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_REFUSED_            JUDGE: _____

DATE: 08/26/2015            SIGNED: _____        PC: _____

JUDGE: _____            PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**